**Order entered September 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00001-CV

**THE GOODYEAR TIRE & RUBBER COMPANY, Appellant**

**V.**

**VICKI LYNN ROGERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL ROGERS, NATALIE ROGERS AND COURTNEY DUGAT, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03294-E**

## ORDER

A partial review of the seven-volume supplemental reporter's record court reporter Alexandra McMillen filed September 21, 2015 reveals numerous errors, including exhibits included in the record but not listed in the exhibit index, exhibits included in the record but which the index reflects were withdrawn, and exhibits listed in the index but omitted from the record. Accordingly, we **STRIKE** the supplemental reporter's record and **ORDER** Ms. McMillen to file, no later than October 5, 2015, a record which is accurate and complete.

/s/      CRAIG STODDART
            JUSTICE